IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REEFEDGE NETWORKS, LLC<br><br>        Plaintiff,<br>  v.<br><br>CISCO SYSTEMS, INC.,<br><br>        Defendant. | CIVIL ACTION NO. 12-CV-1043-LPS |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff ReefEdge Networks, LLC ("Plaintiff") and Defendant Cisco Systems, Inc. ("Cisco") have resolved Plaintiff's claims for relief against Cisco and Cisco's counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and Cisco, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Cisco with prejudice and Cisco's claims, defenses or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: October 7, 2014

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff ReefEdge Networks, LLC*

Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mflynn@mnat.com

*Attorneys for Defendant Cisco Systems, Inc.*